**R. W. LAUGHLIN v. COMMISSIONER OF INTERNAL REVENUE.**

No. 3275.

Circuit Court of Appeals, Tenth Circuit.

March 25, 1946.

Jerome E. Hemry, of Oklahoma City, Okl., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., Department of Justice, for respondent.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Petition to review dismissed on motion of petitioner.

**Annie McHUGH, Appellant, v. NATIONAL LEAD COMPANY, a Corporation.**

No. 13166.

Circuit Court of Appeals, Eighth Circuit.

March 4, 1946.

Harvey B. Cox and George E. Henneghan, both of St. Louis, Mo., for appellant.

John S. Marsalek, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, but without the taxation of costs in favor of appellee in this Court, on stipulation of parties.

**Clifton B. RUSSELL v. COMMISSIONER OF INTERNAL REVENUE.**

No. 4158.

Circuit Court of Appeals, First Circuit.

April 29, 1946.

Robert A. B. Cook, of Boston, Mass., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Upon motion, assented to, it is ordered that this case be docketed, and it is further ordered that the petition for review be, and the same hereby is, dismissed.